UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE<br>    *Plaintiff*<br>VS.<br><br>RICHARD BRUNO<br>    *Defendant*<br>and<br><br>DOMCO LLC, DOMCO II LLC<br>and KEM BRUNO aka KEM CURTIN<br>    *Garnishees* | CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br>FEBRUARY 14, 2017 |

### MOTION FOR PERMISSION TO PROCEED UNDER FICTITIOUS NAME

The plaintiff respectfully moves pursuant to Rule 10(a) of the Federal Rules of Civil Procedure and Rule 7(f) of the Local Civil rules of this Court for permission to bring this action under fictitious name, to wit Jane Doe for herself and for permission to file her true and correct name with this Court under seal. In support of this motion, the plaintiff represents as follows:

1. This is an action against Richard Bruno for violations of the 2006 Adam Walsh Child Protection and Safety Act, under 18 U.S.C. §2255. The defendant produced child pornography of the plaintiff which was transported in interstate commerce, and attempted to entice the plaintiff into sexual contact while she was a minor.

2. The plaintiff is entitled to be protected from public dissemination of her name because of the circumstances described above and in greater detail in her complaint. She was a minor at the time of the defendant's conduct as aforesaid.

3. The relief requested is authorized by many courts which have considered the matter, including *Doe v. Frank*, 951 F.2d 320, 323 (11th Cir. 1992); *Coe v. United States District*

*Court,* 676 F.2d 411, 414 (10th Cir. 1982); *Southern Methodist University Assn. v. Wynne & Jaffae,* 599 F.2d 707, 712 (5th Cir. 1979); *Doe v. Stegall,* 653 F.2d 180 (5th Cir. 1982); *Free Market Compensation v. Commodity Exchange,* 98 F.R.D. 311 (S.D.N.Y. 1983); *Doe v. Deschamps,* 64 F.R.D. 652 (D. Mont. 1974).

                                              THE PLAINTIFF

                                              BY <u>*(s) Jonathan J. Einhorn*</u>

                                              JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR ct 00163
einhornlawoffice@gmail.com
203-777-3777