Civil- (Dec-2008)

HONORABLE: Joan G. Margolis

DEPUTY CLERK A. Campbell   RPTR/ECRO/TAPE Falzarano - K. Telhiard

TOTAL TIME: ___ hours  26 minutes

DATE: 4/3/2017   START TIME: 12:14pm   END TIME: 12:40pm

LUNCH RECESS   FROM: ___   TO: ___

RECESS (if more than ½ hr)   FROM: ___   TO: ___

CIVIL NO. 3:17-cv-217(JAM)

Doe                                             Jonathan Einhorn
                                                Plaintiff's Counsel
         vs
Bruno                                           Bryan P. Fiengo
                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing PJR

☑ …..# 2   Motion for Prejudgment Remedy                      ☐ granted ☐ denied ☑ advisement
☑ …..#3    Motion for Disclosure of Property and Assets       ☐ granted ☐ denied ☑ advisement
☐ …..#     Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ …..#     Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ …..#     Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ …..#     Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ …..#     Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ …..      ☐ Briefs(s) due ___   ☐ Proposed Findings due ___   Response due ___
☐ ………..    _____                                            ☐ filed ☐ docketed
☐ ………..    _____                                            ☐ filed ☐ docketed
☐ ………..    _____                                            ☐ filed ☐ docketed
☐ ………..    _____                                            ☐ filed ☐ docketed
☐ ………..    _____                                            ☐ filed ☐ docketed
☐ ………..    _____                                            ☐ filed ☐ docketed
☐ ………..    Hearing continued until ___ at ___

Notes: